# Court of Appeals
# of the State of Georgia

ATLANTA,___March 10, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1077. KURTIS LEE BROWN v. SUPERIOR COURT JUDGES OF GEORGIA et al.

Prison inmate Kurtis Lee Brown filed this civil action on behalf of himself and several other inmates against, among others, the Georgia Superior Court judges and Georgia attorneys, in which he appears to claim they are guilty of "commercial crimes" and fraud for selling court default judgments to the federal district courts as negotiable instruments. He asks that the plaintiffs be acquitted and discharged, and that they receive all the proceeds from these illegal sales. The trial court issued an order denying filing based on the lack of any justiciable issue of law or fact on which it could grant relief. Brown filed a direct appeal to the Supreme Court, which transferred the case to us. We, however, lack jurisdiction over this direct appeal.

Because Brown was incarcerated when he initiated this action, his appeal is controlled by the Prison Litigation Reform Act of 1996. OCGA § 42-12-1 et seq. OCGA § 42-12-8 requires that an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." Under OCGA § 5-6-35 (b), the party wishing to appeal must file an application for discretionary appeal with the appropriate appellate court. Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider a direct appeal from the trial court's order. See *Jones v. Townsend*, 267 Ga. 489 (480 SE2d 24) (1997). Accordingly, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____03/10/2016_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*